## **STATEMENT OF FACTS**

On Wednesday, February 1, 2006, at about 2:50 a.m., sworn officers with the Metropolitan Police Department's Seventh District conducted a traffic stop in the 4200 block of 8th Street, S.E., Washington, D.C. Officers approached the car, and while talking with the defendant, one of the officers saw a small ziplock containing a green weed-like substance in the driver's door handle. Officers removed the defendant, Michael Shaw, who was the only person in the car, from the car. A portion of the green weed-like substance field tested positive for THC. A search of the defendant revealed approximately $1,542.81 in the defendant's pants pockets. A search of the car, revealed a loaded Glock 9mm semi-automatic pistol in the glovebox, a brown paper bag with a cellophane bag containing white rock-like substance, 6 ziplocks of a white rock-like substance, 3 green ziplocks containing a green weed-like substance, 36 clear ziplocks containing a white rock-like substance, 3 razor blades, and numerous empty ziplocks in the trunk. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine, and a portion of green weed-like substance field tested positive for THC. Officers placed the defendant under arrest. Officers also recovered paperwork belonging to the defendant, and a temporary registration for the car, in the defendant's name from the car. The approximate weight of the white rock-like substance recovered was 25 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others, rather than used exclusively by the defendant. To the best of the undersigned officer's knowledge, defendant Michael Shaw has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Prince George's County, Maryland, Criminal Case No. CT940818X. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no Glock 9mm semi-automatic pistols nor ammunition manufactured in District of Columbia.

_____
OFFICER ROBERT OVERMYER
SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF FEBRUARY, 2006.

_____
U.S. MAGISTRATE JUDGE